B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ASPEN SIERRA LEASING COMPANY** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA ARROWCREEK COUNTRY CLUB** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-4383363** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2905 ARROWCREEK PKWY**<br>**RENO, NV**<br>ZIP Code **89511** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **2905 ARROWCREEK PKWY**<br>**RENO, NV 89511** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☑ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ASPEN SIERRA LEASING COMPANY** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **ASPEN SIERRA LEASING COMPANY** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

**X**  **/s/ STEPHEN R. HARRIS** _____

Signature of Attorney for Debtor(s)

**STEPHEN R. HARRIS 001463**

Printed Name of Attorney for Debtor(s)

**HARRIS LAW PRACTICE LLC**

Firm Name

**6151 LAKESIDE DRIVE, STE. 2100**
**RENO, NV 89511**

_____

Address

               **Email: steve@harrislawreno.com**

**775-786-7600  Fax: 775-786-7764**

Telephone Number

**January 21, 2014**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ CHARLES LEIDER** _____

Signature of Authorized Individual

**CHARLES LEIDER**

Printed Name of Authorized Individual

**PRESIDENT**

Title of Authorized Individual

**January 21, 2014**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **ASPEN SIERRA LEASING COMPANY**

_____
Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **BEVERLY COLLINS**<br>**830 CHATEAU DRIVE**<br>**BURLINGAME, CA 94010** | **BEVERLY COLLINS**<br>**830 CHATEAU DRIVE**<br>**BURLINGAME, CA 94010** | **MONEY LOANED** | | **100,000.00** |
| **HAYASHI & WAYLAND**<br>**1188 PADRE DRIVE, SUITE 101**<br>**SALINAS, CA 93901** | **HAYASHI & WAYLAND**<br>**1188 PADRE DRIVE, SUITE 101**<br>**SALINAS, CA 93901** | **ACCOUNTING SERVICES** | | **1,464.07** |
| **INTERNAL REVENUE SERVICE**<br>**P O BOX 7346**<br>**Philadelphia, PA 19101-7346** | **INTERNAL REVENUE SERVICE**<br>**P O BOX 7346**<br>**Philadelphia, PA 19101-7346** | **INCOME TAXES OWED** | | **45,000.00** |
| **NOLAND HAMERLY ETIENNE & HOSS**<br>**P O BOX 2510**<br>**SALINAS, CA 93902** | **NOLAND HAMERLY ETIENNE & HOSS**<br>**P O BOX 2510**<br>**SALINAS, CA 93902** | **LEGALS SERVICES NOT RELATED TO BANKRUPTCY** | | **5,968.12** |
| **WASHOE COUNTY COMMUNITY SERVICES**<br>**4930 ENERGY WAY**<br>**RENO, NV 89502** | **WASHOE COUNTY COMMUNITY SERVICES**<br>**4930 ENERGY WAY**<br>**RENO, NV 89502** | **WATER SERVICES** | | **197,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

**B4 (Official Form 4) (12/07) - Cont.**

In re  **ASPEN SIERRA LEASING COMPANY**        Case No. _____
               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 21, 2014** _____      Signature  **/s/ CHARLES LEIDER** _____
                                         **CHARLES LEIDER**
                                         **PRESIDENT**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                     18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re    **ASPEN SIERRA LEASING COMPANY**        ,        Case No. _____

                                           Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **CHARLES LEIDER**<br>**967 SALINAS RD**<br>**WATSONVILLE, CA 95076** | | **50%** | **SHAREHOLDER** |
| **ROBERT BOWKER**<br>**967 SALINAS ROAD**<br>**WATSONVILLE, CA 95076** | | **50%** | **SHAREHOLDER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date\_\_\_\_\_**January 21, 2014**_____         Signature\_**/s/ CHARLES LEIDER**_____

                                                             **CHARLES LEIDER**<br>                                                             **PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re    **ASPEN SIERRA LEASING COMPANY**                                              Case No. _____
                                                      Debtor(s)                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 21, 2014**                              **/s/ CHARLES LEIDER**
                                                            **CHARLES LEIDER/PRESIDENT**
                                                            Signer/Title

.

ASPEN SIERRA LEASING COMPANY
2905 ARROWCREEK PKWY
RENO, NV 89511

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE, STE. 2100
RENO, NV 89511

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

NEVADA EMPLOYMENT SECURITY
500 E. THIRD STREET
CARSON CITY, NV 89713

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA LABOR COMMISSION
675 FAIRVIEW DRIVE STE 226
CARSON CITY, NV 89701

ADRYENN ASHLEY
2932 FLINT RIDGE CT.
RENO, NV 89511

AL & CONNIE GHYSELS
1203 KACHINA CT.
RENO, NV 89511

ALFRED VILLALOBOS
P.O. BOX 3720
STATELINE, NV 89449

AMY & RUSSELL SEWARD
3430 FOREST VIEW LANE
RENO, NV 89511

ANDY & DONNA SOLUM
3030 PALMER POINTE CT
RENO, NV 89511

ANDY & YOOSUN CHOI
4165 DROPTINE CT
RENO, NV 89511

ANN & NORMAN HOBBS
P.O. BOX 19215
RENO, NV 89511

ANNE HEINLINE
527 ECHO RIDGE COURT
RENO, NV 89511

ANTHONY & MARGARET CIORCIARI
5905 FLOWERING SAGE CT.
RENO, NV 89511

ANTHONY & ROBIN MAVRIDES
650 BLUE SPRUCE RD.
RENO, NV 89511

BENJAMIN & JOYCE COLLINS
10269 COPPER CLOUD
RENO, NV 89511

BEVERLY COLLINS
830 CHATEAU DRIVE
BURLINGAME, CA 94010

BILL & CAROL BURGESS
3352 WHITE MOUNTAIN COURT
RENO, NV 89511

BILL & JILL STRAUB
426 MOUNTAIN LAKE COURT
INCLINE VILLAGE, NV 89451

BILL & MARLIS HOFMANN
3452 NAMBE DRIVE
RENO, NV 89511

BILL & MIRANDA LANG
P.O. BOX 3399
RENO, NV 89505

BILL & NANCY MCCRALEY
6195 STORYTELLER CT.
RENO, NV 89511

BILLIE ADAMS
1595 MEADOW WOOD LANE  STE 2
RENO, NV 89502

BOB & NELL SMITH
6285 ELK IVORY DRIVE
RENO, NV 89511

```
BOB & SHERRY COX
1491 WILD WOLF WAY
RENO, NV 89521

BRAD GOOD
3588 SKYLINE VIEW DRIVE
RENO, NV 89509

BRANDON EWING
16925 RUE DU PARC
RENO, NV 89511

BRENT & VALERIA ZICARELLI
6705 RABBIT BUSH COURT
RENO, NV 89511

BRET & TINA HUMPHREY
1460 WHISPER ROCK WAY
RENO, NV 89523

BRETT CHARBONNEAU
923 TAHOE BLVD. STE. 100
INCLINE VILLAGE, NV 89451

BRETT WINTHROP
3825 BOULDER PATCH
RENO, NV 89511

BRIAN FROEHLER
3550 ALPINE FROST COURT
RENO, NV 89511

BRUCE & KRIS CHANDLER
930 TAHOE BLVD #802 PMB201
INCLINE VILLAGE, NV 89451

BRYAN & LESLIE GODBE
5720 RUE ST. MICHELLE
RENO, NV 89511

CARL & NANCY JUNEAU
375 PINEY CREEK RD
RENO, NV 89511

CASEY & SARAH SOLUM
835 MAESTRO DRIVE
RENO, NV 89511

CECIL & DAYNE WEBB
12580 FIELDCREEK LANE
RENO, NV 89511

CHANG & IM KANG
5710 CEDAR TRACE CT.
RENO, NV 89511
```

CHARLES & JANIS MONROE
2800 ROADS ROAD
RENO, NV 89521

CHASE & ANDRE STIGALL
345 N. VIRGINIA
RENO, NV 89501

CHRIS & DINA LOWE
18124 WEDGE PARKWAY #1089
RENO, NV 89511

CHRIS & JEANINE REDDICKS
10268 VIA COMO
RENO, NV 89511

CINDY CARANO
P.O. BOX 3399
RENO, NV 89505

CLAUDIA DWYER
P.O. BOX 18057
RENO, NV 89511

CLYDE & PATRICIA IKEHARA
10777 HARBOTTLE DRIVE
RENO, NV 89511

CRAIG DEMETRAS
230 EAST LIBERTY STREET
RENO, NV 89501

CRAIG WILLCUT
613 HAWK HILL COURT
RENO, NV 89511

CY & GERALDINE GOLDIN
847 ARROWHEAD DRIVE
PALM DESERT, CA 92211

DALE & LORI LEBLANC
14210 EAGLE SPRINGS CT.
RENO, NV 89511

DARRIN & TORI INDART
3779 BELLINGHAM DR.
RENO, NV 89511

DAVE & STACY MILLER
9650 PASSA TEMPO
RENO, NV 89511

DAVE SZABO LIVING TRUST
1029 DESERT JEWEL COURT
RENO, NV 89511

DAVID & CAREN MORRIS
2604 SPEARPOINT DR.
RENO, NV 89509

DAVID & CLAUDIA CROSS
10644 RUE D'AZUR
RENO, NV 89511

DAVID & JANET OUREN
9988 VIA SOLANO
RENO, NV 89511

DAVID & LESLIE BAKER
433 SOCORRO CT
RENO, NV 89511

DAVID & LISA HOFMAN
5505 FLOWERING SAGE TRAIL
RENO, NV 89511

DAVID & PEGGY LOWNDES
6155 S. FEATHERSTONE CIRCLE
RENO, NV 89511

DAVID & SHERRY PRINGLE
3653 SPIRIT BLUFF COURT
RENO, NV 89511

DAVID STEC
3695 ROYER CT.
RENO, NV 89509

DEBORAH JONES
5050 CARNOUSTIE DRIVE
RENO, NV 89502

DENIS & JESSICA PATTERSON
3047 PALMER POINTE CT.
RENO, NV 89511

DENNIS & MARY YAMAMOTO
4595 LAKEWOOD COURT
RENO, NV 89509

DION GIOLITO
7530 LONGLEY LN #101
RENO, NV 89509

DON & RACHEL ROBERTS
12665 BUCKTHORN LANE
RENO, NV 89511

DONALD & ARLENE PARSONS
3029 PALMER POINTE CT.
RENO, NV 89511

DONALD & KATHLEEN DELEGAL
3445 WHITE MOUNTAIN COURT
RENO, NV 89511

DONNIE & VANESSA NELSON
2305 GLEN EAGLES DR.
RENO, NV 89523

DOUGLAS & TINA ROBERTS
7922 ST. GEORGE CT.
SPRINGFIELD, VA 22153

ED & SALLY MAULDIN
3140 MARBLE RIDGE CT.
RENO, NV 89511

EDWARD & NANCY GARCIA
350 SALOMAN CIRCLE
SPARKS, NV 89434

EDWARD & SUZETTE BLANKE
3463 WHITE MOUNTAIN COURT
RENO, NV 89511

EJ & MARGARET MAZOLEWSKI
10252 VIA BIANCA
RENO, NV 89511

ERIC & MICAH KRAEMER
1530 BOULDER FIELD WAY
RENO, NV 89511

EVAN JOHNSTONE
18124 WEDGE PARKWAY # 507
RENO, NV 89511

FRANK STADLER
1045 MOUNTAIN AIR CT.
RENO, NV 89511

GARRETT & GLORIA GARRETTSON
437 SOCORRO CT.
RENO, NV 89511

GARY & CHRISTINA WHIPPLE
6315 COYOTE POINT CT.
RENO, NV 89511

GARY & ELAINE SMITH
P.O. BOX 50741
SPARKS, NV 89435

GARY & LINDY PESTELLO
10198 VIA VERONA
RENO, NV 89511

GARY & PATRICIA TURNER
3677 SPIRIT BLUFF CT
RENO, NV 89511

GARY & SHARON JACOBSON
9890 W. DESERT CANYON DR.
RENO, NV 89511

GARY MISTLIN
5505 RUE ST. TROPEZ
RENO, NV 89511

GEORGE & CHARLOTTE TRAINER
2759 SKY HORSE TRAIL
RENO, NV 89511

GEORGE & DEBRA FINCHER
5560 RUE ST. TROPEZ
RENO, NV 89511

GEORGE & JERRI WERNETTE
1039 MOUNTAIN. AIR CT.
RENO, NV 89511

GERALD & GERALDINE DUCK
2933 GRANITE POINTE DR.
RENO, NV 89511

GERALD & NEYSA REGENT
2815 LAKERIDGE SHORES EAST
RENO, NV 89519

GERALD O'DRISCOLL
10280 COPPER CLOUD DR.
RENO, NV 89511

GINGER FURUMOTO
6040 COUR SAINT MICHELLE
RENO, NV 89511

GLENN & RITA LIBBRECHT
12320 HIGH VISTA DRIVE
RENO, NV 89511

GRANT & JENNIFER HAYASHI
4790 CAUGHLIN PARKWAY #409
RENO, NV 89519

GRANT & JILL NEWHOUSE
10184 VIA COMO
RENO, NV 89511

GREG & STACIE COHEN
13440 EVENING SONG LANE
RENO, NV 89511

GREG & TORREY CRAWFORD
3639 SILVER VISTA DRIVE
RENO, NV 89511

GRETCHEN HASS
18124 WEDGE PARKWAY PMB 446
RENO, NV 89511

HAK-SUN & MIMI BAK
10048 VIA MIRA MONTE
RENO, NV 89511

HAL & EKATERINA KIRBY
2871 SHALE CREEK DRIVE
RENO, NV 89511

HAL & SHERRY ALBRIGHT
10079 EAST DESERT CANYON DR.
RENO, NV 89511

HAL LENOX
PO BOX 12608
RENO, NV 89510

HAWLEY & DAPHINE MACLEAN
1325 AIRMOTIVE WAY SUITE 390
RENO, NV 89502

HAYASHI & WAYLAND
1188 PADRE DRIVE, SUITE 101
SALINAS, CA 93901

HENNING & LINDA MEHRENS
P.O. BOX 2547
SO. LAKE TAHOE, CA 96158

HOMA & CAROLYN FIROUZTASH
6172 N. FEATHERSTONE CIRCLE
RENO, NV 89511

HOWARD & TARA LENOX
3445 AIRWAY DR. STE. C
RENO, NV 89511

JAI-CHOON KIM
400 DOUGLAS FIR DR.
RENO, NV 89511

JAMES & ALYSSA PINTO
2779 MORGAN DR.
SAN RAMON, CA 94583

JAMES & CYNTHIA WETTA
6265 ELK IVORY DRIVE
RENO, NV 89511

JAMES & KATHLEEN EBERT
10250 COPPER CLOUD DR.
RENO, NV 89511

JAMES & LESLIE DAHM
1142 EAGLE VISTA COURT
RENO, NV 89511

JAMES & TRUDY MANN
482 TULAROSA CT.
RENO, NV 89511

JAY FLETCHER
529 SPIRIT RIDGE CT.
RENO, NV 89511

JEFF & DEBI ALBEE
14311 QUAIL RAVINE CT.
RENO, NV 89511

JEFF & HEATHER POWER
3441 FOREST VIEW
RENO, NV 89511

JEFF & KIM DONAHUE
2864 SHALE CREEK DR.
RENO, NV 89511

JEFF & NANCY LILYHORN
3030 RUSTIC MANOR CIRCLE
RENO, NV 89509

JEFFREY & ELLEN MICHAEL
3376 WHITE MOUNTAIN COURT
RENO, NV 89511

JESS & FRANCES TRAVER III
2785 SACRED GARDEN CT
RENO, NV 89511

JIM & CHRISTINE BAILEY
900 DOUGLAS FIR DR.
RENO, NV 89511

JIM & JAMIE LAUGHTON
2265 HEDGEWOOD DRIVE
RENO, NV 89509

JIM & KELLY MCDANIELS
14320 QUIET MEADOW DR.
RENO, NV 89511

JIM & MARI HUTCHINSON
1219 BROKEN FEATHER COURT
RENO, NV 89511

JOE & DENISE PLANETA
P.O. BOX 18510
RENO, NV 89511

JOE & LISA AYARBE
P.O. BOX 3399
RENO, NV 89505

JOE & MARISA BUCKLEY
2988 GRANITE POINTE DRIVE
RENO, NV 89511

JOE CARTLIDGE
590 MAGISTRATE CT.
RENO, NV 89521-6254

JOEL & KIM MADISON
350 SALAMON CIRCLE
SPARKS, NV 89434

JOHN & BETH ROTELLA
3382 WHITE MOUNTAIN CT.
RENO, NV 89511

JOHN & CHRISTINE HILTS
1155 W. HUFFAKER LN.
RENO, NV 89511

JOHN & JENNIFER THAYER
6560 S. MCCARRAN BLVD, STE B
RENO, NV 89509

JOHN & JULI ABBOTT
10116 INDIAN RIDGE DRIVE
RENO, NV 89511

JOHN & KARIS HOLMAN
5717 CEDAR TRACE CT.
RENO, NV 89511

JOHN & KELLY CLAYS
4750 S. SADDLEHORN DR.
RENO, NV 89511

JOHN & PEGGY MATTHEWS
18124 WEDGE PKWY #150
RENO, NV 89511

JOHN BURKETT
1520 TAOS LN
RENO, NV 89511

JOHN DRAKULICH
2215 N. MCCARRAN BLVD.
SPARKS, NV 89431

JOHN UPHOFF
2849 MOUNTAIN SPRINGS RD
RENO, NV 89519

JOSEPH & PATRICIA MORABITO
18 CLAREMONT LANE
COTO DE CAZA, CA 92679

JOSEPH & SHELLY PETITE
10368  GREY HAWK TRAIL
RENO, NV 89511

JOSHUA & BRENNA MUNNS
5245 CEDARWOOD
RENO, NV 89511

JUDY HAMACHER
13437 E. OCOTILLO RD.
SCOTTSDALE, AZ 85259

KALI GRIFFIN
3550 ASPEN HOLLOW
RENO, NV 89511

KEN GITLIN
5735 MUIRFIELD COURT
RENO, NV 89511

KENNETH & LINDA KREIDER
3440 WHITE MTN. CT.
RENO, NV 89511

KENT & KELLY GREEN
3690 CASHILL BLVD
RENO, NV 89509

KENT & KIMBERLY WOOD
1208 KACHINA CT.
RENO, NV 89511

KENT & REVA DAVIS
10047 TRAILSIDE COURT
RENO, NV 89511

KEVIN ANDREWS
P.O. BOX 7435
RENO, NV

KLARK & BRENDA STAFFAN
3236 OLD COACH WAY
RENO, NV 89511

KURT & KARYN JENSEN
523 ECHO RIDGE CT.
RENO, NV 89511

KYLE & JOANNE MEINTZER
14310 QUAIL RAVINE CT.
RENO, NV 89511

LANCE TAYLOR
P.O. BOX 11532
RENO, NV 89510

LARRY LANGE
2774 SHADOW DANCER TRAIL
RENO, NV 89511

LARS & FRANCES BRUUN-ANDERSEN
80-090 CEDAR CREST
LA QUINTA, CA 92253

LAWRENCE KWOK
P.O. BOX 3920
RENO, NV 89505

LEE & YVONNE CAMINITI
6736 ARCTIC WILLOW COURT
RENO, NV 89511

LENARD & CHRISTINE ORMSBY
10375 PROFESSIONAL CIRCLE
RENO, NV 89521-4802

LEONARD REMINGTON
1218 BROKEN FEATHER COURT
RENO, NV 89511

LIGHTHOUSE BANK
111 MISSION STREET
SANTA CRUZ, CA 95060

LISA CIORCIARI
2978 ROUND ROCK CT.
RENO, NV 89511

LONN HALL
350 SALOMON CIRCLE
SPARKS, NV 89431

LOREN & AMY NELSON
6832 MASTERS DRIVE
RENO, NV 89511

LOUIS & WENDY NAVELLIER
25 GREYBULL CT.
RENO, NV 89519

MAC & ELLEN FRIEDMAN
184 CARLETON COURT
RENO, NV 89511

MALCOLM & ELIZABETH HEAVEN
621 RABBIT RIDGE CT.
RENO, NV 89511

MARION & BEVERLY CAMP
2702 WIND FEATHER TRAIL
RENO, NV 89511

MARK & CAROL AMMON
230 RIVERFLOW DR.
RENO, NV 89523

MARK & CINDY SIMON
350 SALOMON CIRCLE
SPARKS, NV 89434

MARK & ELAINE WIMBUSH
350 SALOMON CIRCE
SPARKS, NV 89434

MARK & KARI TOOMEY
10128 VIA COMO CT
RENO, NV 89511

MARK PARENT
471 MIESQUE CT.
RENO, NV 89521

MARK SEASHOLTZ
7275 LAKESIDE DRIVE
RENO, NV 89511

MARV & JUDY JOHNSON
1201 CORDILLERAS AVE.
SAN CARLOS, CA 94070

MARY DAVIS FAMILY TRUST
350 GREG STREET
SPARKS, NV 89431

MAUREEN LOEB
1351 BRISTOL PARK PLACE
HEATHROW, FL 32746

MEL & SANDY WELKE
12020 HIGH VISTA DRIVE
RENO, NV 89511

MICHAEL & CAROLYN DRAGICS
4020 COCOPAH CT.
RENO, NV 89511

MICHAEL & JOANNE CHO
4005 COCOPAH CT.
RENO, NV 89511

MICHAEL & KAREN FORD
3276 FOREST VIEW LANE
RENO, NV 89511

MICHAEL & LORI BOSMA
1224 BROKEN FEATHER CT.
RENO, NV 89511

MICHAEL & MICHELLE MARTY
6275 COYOTE POINT CIRCLE
RENO, NV 89511

MICHAEL & TAMMY DERMODY
226 CALIFORNIA AVENUE
RENO, NV 89509

MICHAEL HAYS
3806 BELLINGHAM DR.
RENO, NV 89511

MIKE & ANITA ALGER
1385 CELESE CIRCLE
RENO, NV 89511

MIKE & CATHY MOLL
10016 VIA SOLANO
RENO, NV 89511

MIKE & DONNA BRANSON
1044 MOUNTAIN AIR COURT
RENO, NV 89511

MIKE & HEATHER NUSBAUM
3387 NAMBE DRIVE
RENO, NV 89511

MIKE & KATHY MCCALEB
2703 SUN CHASER CT.
RENO, NV 89511

MIKE & LAURA HERRING
5753 INDIGO RUN
RENO, NV 89511

MIKHAIL & VICTORIA KASIMIROV
123 W. NYE LANE SUITE #103
CARSON CITY, NV 89706

MITCH HILL
1625 ASPEN CREEK RD.
RENO, NV 89519

NANCY CANE-ENGLE
3420 NAMBE CT.
RENO, NV 89511

NELSON ROMERO
3084 MARBLE RIDGE COURT
RENO, NV 89511

NICK & KELLY SPALLONE
3315 RESEARCH WAY
CARSON CITY, NV 89706

NOLAND HAMERLY ETIENNE & HOSS
P O BOX 2510
SALINAS, CA 93902

NORM & JAN REEDER
1365 SINAGUA COURT
RENO, NV 89511

NORMAN & JOANN ROYCE
3248 OLD COACH WAY
RENO, NV 89511

PARKER & VERA WAECHTER
400 PINEY CREEK RD
RENO, NV 89511

PAUL & MARY GIANOLI
4289 BITTER ROAD
RENO, NV 89519

PAUL & NANCY GIANNINI
3230 OLD COACH WAY
RENO, NV 89511

PETER & KERRI VERHEY
11035 MONTANO RANCH CT.
RENO, NV 89511

PETER TOMAINO
227 CLAY STREET
RENO, NV 89501

PHILLIP & KAREN SUBLETTE
10000 VIA MIRA MONTE
RENO, NV 89511

PYUNGWON PARK
10350 GREY HAWK TRAIL
RENO, NV 89511

QUIN & LINDA RESCIGNO
5016 E. ALBUQUERQUE RD.
RENO, NV 89511

RALPH & VALERIE LOGAN
3036 PALMER POINTE COURT
RENO, NV 89511

RANDALL & VICKIE YORK
3050 BLUE SPRUCE RD.
RENO, NV 89511

RANDY & DELLA BYNUM
10128 INDIAN RIDGE DR.
RENO, NV 89511

RANDY & GAYLE FROST
3271 FOREST VIEW LN
RENO, NV 89511

RASNER-YACENDA LIVING TRUST
10126 VIA FIORI
RENO, NV 89511

RAY & BOBBIE ENGEL
3700 BARRON WAY
RENO, NV 89511

REB & ERNA BAILEY
1045 DESERT JEWEL CT.
RENO, NV 89511

REBECCA SURRATT
11180 VINCENT LANE
RENO, NV 89511

RICHARD & KARI ANDERSON
7901 MEADOW VISTA DRIVE
RENO, NV 89511

RICHARD & LYNNE SUGIMOTO
5711 CEDAR TRACE COURT
RENO, NV 89511

RICHARD & SANDI SALING
4971 WEST ALBUQUERQUE
RENO, NV 89511

RICHARD & SUSAN PENNINGTON
10296 RAINMAKER CT.
RENO, NV 89511

RICHARD & VERNA BERCIK
POST OFFICE BOX 5017
INCLINE VILLAGE, NV 89450

RICHARD RUSHTON
10705 RENEGADE CT.
RENO, NV 89511

RICK MEYER
6736 MASTERS DRIVE
RENO, NV 89511

RICK SOWERS
230 BRUNSWICK MILL RD.
RENO, NV 89511

ROB & SHARON OESCHGER
5905 SKY TERRACE COURT
RENO, NV 89511

ROBERT & TERI GREEN
2979 EAGLE ROCK COURT
RENO, NV 89511

RON & SUSAN CLAYTON
14265 TABLE ROCK CT
RENO, NV 89511

RONALD SWANSON
68 LA COSTA DRIVE
RANCHO MIRAGE, CA 92270

RUSS & VICKI SCHULTZ
10765 DOUBLE R BLVD SUITE 200
RENO, NV 89521

RUSTY & RACHEL MARSH
5600 RUE ST TROPEZ
RENO, NV 89511

RYAN & CHELLI MOTHERWAY
10044 VIA SOLANO
RENO, NV 89511

SAM & JOAN CHACON
7585 WHIMBLETON WAY
RENO, NV 89511

SCOTT & LISA MADISON
5920 CRESCENT MOON CT
RENO, NV 89511

SEAN & MICHELLE FRENCH
5540 RUE ST TROPEZ
RENO, NV 89511

SHAWN & LENA VAN ASDALE
2573 RAMPART TERRACE
RENO, NV 89509

SHIN KIM
6704 ARCTIC WILLOW CT
RENO, NV 89511

STEPHEN & KAREN KORCHECK
10148 INDIAN RIDGE DR.
RENO, NV 89511

STEPHEN & MARGARET HENDERSON
3456 NAMBE DR.
RENO, NV 89511

STEVE & MONICA SHEEHAN
3090 W. MOANA
RENO, NV 89509

STEVE & NANCIE BEEVERS
1188 EAGLE VISTA CRT
RENO, NV 89511

STEVE & SHERRI MIMS
220 N. EARLHAM COURT
RENO, NV 89511

STEVE & VICKI BAILEY
3641 SPIRIT BLUFF CT.
RENO, NV 89511

STEVE RUSH
350 SALOMON CIRCLE
SPARKS, NV 89434

SUKHI & RANI GILL
14045 SADDLEBOW DRIVE
RENO, NV 89511

SVEN & ANNE INDA
6513 GALENA CANYON TRAIL
RENO, NV 89511

TERRY & CANDACE JOHNSTONE
4660 W. PINEWILD ROAD
RENO, NV 89511

TES & GABY SEWELL
1042 INDIAN SUMMER CT.
RENO, NV 89511

THOMAS & KAREN DE JONG
11115 BOULDER GLENN WAY
RENO, NV 89511

THOMAS & THELMA KING
3346 WHITE MOUNTAIN CT
RENO, NV 89511

THOMAS GURNEE
5920 SKY TERRACE CT
RENO, NV 89511

THOMAS SCHWENK
14309 QUAIL RAVINE CT.
RENO, NV 89511

TIM & HEIDI KINSINGER
16520 WEDGE PARKWAY #310
RENO, NV 89511

TIM & JACKIE TRETTON
219 NORTH CENTER STREET
RENO, NV 89501

TIM & LYNN WILKINSON
6255 COYOTE POINT CT
RENO, NV 89511

TIM & TRACY WEIS
12360 HIGH VISTA DRIVE
RENO, NV 89511

TIMOTHY & PAMALA DUVALL
10039 W. DESERT CANYON DR.
RENO, NV 89511

TOM & DEDE MOTHERWAY
6404 MASTERS DRIVE
RENO, NV 89511

TOM WIRSHING
4015 COCOPAH COURT
RENO, NV 89511

TONY & BROOKE GIEDA
10817 HARBOTTLE DRIVE
RENO, NV 89511

TRAVIS & JANELLE HAWKINS
3700 BARRON WAY
RENO, NV 89511

TRAVIS & PAM DUNN
14710 GRANITE MINE DRIVE
RENO, NV 89521

TRUONG VU
6513 GALENA CANYON TRAIL
RENO, NV 89511

TYLER & AMY WHITTEN
2444 LAKERIDGE SHORES E
RENO, NV 89509

VALERIE CLARKE
730 SANDHILL RD. STE. 250
RENO, NV 89521

WASHOE COUNTY COMMUNITY SERVICES
4930 ENERGY WAY
RENO, NV 89502

WASHOE COUNTY TREASURER
Acct No SPECIAL ASSESSMENT DISTRICT
P O BOX 30039
RENO, NV 89520

WASHOE COUNTY TREASURER
Acct No xxx-x21-06
P O BOX 30039
RENO, NV 89520

WASHOE COUNTY TREASURER
Acct No xxx-x21-03
P O BOX 30039
RENO, NV 89520

WENDT & BEVERLY TAYLOR
14060 SADDLEBOW DRIVE
RENO, NV 89511

WILLIAM & THERESA SCHMAUDER
2969 GRANITE POINTE
RENO, NV 89511

WILLIAM & VIRGINIA YOCKE
10528 RUE ST. RAPHAEL
RENO, NV 89511

YEON & GARDINER MEYER
690 MEADOW VISTA
RENO, NV 89511

# United States Bankruptcy Court
## District of Nevada

In re   **ASPEN SIERRA LEASING COMPANY**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ASPEN SIERRA LEASING COMPANY**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 21, 2014**

Date

/s/ STEPHEN R. HARRIS

**STEPHEN R. HARRIS**

Signature of Attorney or Litigant
Counsel for   **ASPEN SIERRA LEASING COMPANY**
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, STE. 2100**
**RENO, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**